| | |
|---|---|
| UNITED STATES DISTRICT COURT | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/25/2019 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
COURTNEY WRIGHT,           :
                Plaintiff,   :
                                   :  19 Civ. 5615 (LGS)
        -against-           :
                                   :  ORDER
MERCER (US) INC.,          :
                Defendant.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. The parties shall endeavor to finalize the settlement within thirty (30) days, but may request an extension if necessary. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: November 25, 2019
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE